UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>DAWN GEMMA TAYLOR,<br><br>DEBTOR. | ) CHAPTER 13<br>)<br>) CASE NO.: 18-63004-PMB<br>)<br>)<br>) |

**CHAPTER 13 TRUSTEE'S SUPPLEMENTAL OBJECTION TO
CONFIRMATION AND MOTION TO DISMISS**

   COMES NOW MELISSA J. DAVEY, Chapter 13 Trustee, and objects to confirmation of the plan and files this Motion to Dismiss under 11 U.S.C. Section 1307(c), for cause, including the following reasons:

1. The Debtor has failed to pay the Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. Section 1326.

   WHEREFORE, the Trustee moves the Court to inquire into the above objections at the separately scheduled and noticed confirmation hearing, deny confirmation of the Chapter 13 Plan, dismiss the case, and for such other and further relief that this Court deems just and proper.

October 17, 2018

/s/Jason L. Rogers
Jason L. Rogers
Attorney for the Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

18-63004-PMB

# CERTIFICATE OF SERVICE

This is to certify that I have this day served:

    DEBTOR(S):
    DAWN GEMMA TAYLOR
    1445 OAKENGATE DR.
    STONE MOUNTAIN, GA  30083

    DEBTOR(S) ATTORNEY:
    ATLANTA LEGAL AID SOCIETY, INC.
    54 ELLIS STREET NE
    ATLANTA, GA  30303

with a copy of the Chapter 13 Trustee's Supplemental Objection to Confirmation and Motion to Dismiss by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

October 17, 2018

    Prepared and Presented by:

    /s/Jason L. Rogers
    Jason L. Rogers
    Attorney for the Chapter 13 Trustee
    GA Bar No. 142575
    260 Peachtree Street, NW, Suite 200
    Atlanta, GA 30303
    (678) 510-1444 Phone
    (678) 510-1450 Fax