B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re: <u>Dawn Gemma Taylor</u>   Case No:<u>18-63004-PMB</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Cascade Funding Mortgage Trust 2017-1** | **Cascade Funding Mortgage Trust 2017-1** |
|---|---|
| Name of Transferee | Name of Transferor |

|  |  |
|---|---|
|  | Court Claim # (if known):  **3-1** |
|  | Amount of Claim:  **$103,749.84** |
| Name and Address where notices to transferee should be sent: | Date Claim Filed:  **09/10/2018** |
| **Statebridge Company** |  |
| **5680 Greenwood Plaza Blvd.** |  |
| **Suite 100 S** |  |
| **Greenwood Village, CO 80111** |  |
| Phone:  **720-931-6204** | Phone (if available): **(800) 315-4757** |
| Last Four Digits of Acct #: **8606** | Last Four Digits of Acct#:  **5970** |

Name and Address where transferee payment should be sent (if different from above):

**Statebridge Company**
**5680 Greenwood Plaza Blvd.,**
**Suite 100 S,**
**Greenwood Village, CO 80111**
Phone:  **720-931-6204**
Last Four Digits of Acct #: **8606**

By:   /s/ Lisa F. Caplan            Date:  October 23, 2018
      Lisa F. Caplan
      GA State Bar No. 001304
      Rubin Lublin, LLC
      3145 Avalon Ridge Place, Suite 100
      Peachtree Corners, GA 30071
      (877) 813-0992
      lcaplan@rubinlublin.com
      Attorney for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

CERTIFICATE OF SERVICE

      I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 23rd day of October, 2018, I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Dawn Gemma Taylor
1445 Oakengate Dr.
Stone Mountain, GA 30083

J. Rachel Scott, Esq.
Atlanta Legal Aid Society, Inc.
54 Ellis Street NE
Atlanta, GA 30303

Melissa J. Davey
260 Peachtree Street, NW
Suite 200
Atlanta, GA 30303

Executed on 10/23/18
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor