**IT IS ORDERED as set forth below:**



**Date: November 14, 2018**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: | CASE NUMBER |
| **DAWN GEMMA TAYLOR,** | **18-63004-PMB** |
| Debtor. | CHAPTER 13 |
| **DAWN GEMMA TAYLOR,** | |
| Movant, | |
| v. | CONTESTED MATTER |
| **CASCADE FUNDING MORTGAGE TRUST 2017-1, C/O SPECIALIZED LOAN SERVICING LLC,** | |
| Respondent. | |

### ORDER AND NOTICE OF EVIDENTIARY
### HEARING ON DEBTOR'S OBJECTION TO CLAIM

This matter comes before the Court on a *Joint Request for Special Setting of Evidentiary Hearing on Debtor's Objection to Claim 3 of Cascade Funding* (Docket No. 36)(the "Request")

filed jointly by the Debtor referenced above (the "Debtor) and the above-referenced Respondent (the "Respondent") on November 13, 2018.  In the Request, the parties assert that an evidentiary hearing is required for the Debtor's *Objection to Claim 3 of Cascade Funding* (Docket No. 21)(the "Claim Objection").  Relatedly, the Respondent (the "Respondent") filed a *Response to Debtors Objection to Claim 3 of Cascade Funding* (Docket No. 32)(the "Response") on October 30, 2018.

Upon review of the Request, the Claim Objection, and the Response, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** that an evidentiary hearing on the Claim Objection shall be held on **December 17, 2018, commencing at 9:30 a.m. in Courtroom 1202, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303** (the "Hearing").  And it is further

**ORDERED** that the Debtor and Respondent (each a "Party" and collectively the "Parties") shall deliver to Chambers no later than **4:00 p.m.** on **December 10, 2018** (i) **one original and three copies** of each exhibit (separately bound and tabbed) that the Parties intend to use at the Hearing, marked as an exhibit of such Party,[1] and (ii) a list of witnesses that such Party intends to call at the Hearing.[2]  And it is further

**ORDERED** that the Parties shall each serve on the other Parties no later than **4:00 p.m.** on **December 10, 2018** (i) **one copy** of each exhibit (bound and tabbed) that such Party intends to use at the Hearing, marked as an exhibit of such Part, and (ii) a list of witnesses that such Party intends to call at the Hearing.  And it is further

---

[1] Debtor's exhibits shall be marked by letters (e.g., Exhibit A, B, C, etc.) and Respondent's exhibits shall be marked by numbers (e.g., Exhibit 1, 2, 3, etc.).

[2] Inclusion of a name on a witness list simply informs the Court of your intention to call the witness, and does not in any respect compel or otherwise require the attendance of that witness at the hearing, which must be arranged or compelled by other available means.

2

**ORDERED** that if a Party become aware, after the deadline above, of other exhibits such Party intends to use at the Hearing, such Party shall inform the Court and the other Parties as soon as such Party is aware of such exhibits, and shall bring to the Hearing at least **one original and two copies** of such exhibits for the Court and at least **one copy** for each other Party that shall be at the Hearing.  The Court will consider the circumstances and determine whether and for what purposes (if any) the Party can use the new exhibits.  And it is further

**ORDERED** that if a Party become aware, after the deadline above, of other witnesses such Party intends to call at the Hearing, such Party shall inform the Court as soon as such Party is aware of such witness(es).  The Court will consider the circumstances and decide whether and for what purposes (if any) the Party may call such witness(es).  And it is further

**ORDERED** that the Parties shall endeavor in good faith to agree prior to the Hearing to a stipulation of undisputed facts that are relevant to the Claim Objection and a stipulation of exhibits to be admitted.[3]  And it is further

**ORDERED** that the Parties shall promptly notify the Courtroom Deputy Clerk by telephone if they settle this dispute prior to the Hearing.  Unless the Parties upload a consent order or the Claim Objection is withdrawn on or before **December 16, 2018**, the Parties must appear at the Hearing to proceed or state on the record all of the terms of any settlement.

The Clerk is directed to serve this Order and Notice upon the Debtor, counsel for the Debtor, the Respondent, counsel for Respondent, and the Chapter 13 Trustee.

**[END OF DOCUMENT]**

---

[3] Even if an exhibit is admitted by stipulation, unless a witness testifies as to that exhibit so that the Court can understand what the exhibit is and how it is relevant, such exhibit may not be reviewed or considered by the Court.